IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CHRISTINA BULL, | ) No. C10-2009-JLR-MAT |
| Plaintiff, | ) [~~PROPOSED~~] ORDER GRANTING |
| v. | ) TWO-WEEK EXTENSION OF TIME |
| MICHAEL J. ASTRUE, | ) TO FILE PLAINTIFF'S OPENING BRIEF |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Based on Plaintiff's motion, it is hereby ORDERED that the Briefing Schedule for a Social Security Case is amended as follows:

- Plaintiff Opening Brief is due March 31, 2011

- Defendant's Responsive Brief is due April 28, 2011

- Plaintiff's optional Reply Brief is due May 12, 2011

Dated this 16th day of March, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Page 1 ORDER [C10-2009-JLR-MAT]

1 Presented by:

2

3 Robert A. Friedman

4 Robert A. Friedman & Assoc.

5 3410 Broadway

6 Everett, Washington 98201

7 (425) 252-5551

8 cshear@rafalaw.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 1 ORDER [C10-2009-JLR-MAT]