UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CHRISTINA BULL,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  C10-2009-JLR-MAT<br><br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before May 26, 2011; and

- Plaintiff shall file the Optional Reply Brief on or before June 9, 2011.

This is the parties' second stipulated request for extention.  **Absent extraordinary circumstances, no further extensions will be granted.**

Page 1     ORDER - [C10-2009-JLR-MAT]

DATED this 25th day of April, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented By:

s/ Mathew W. Pile
MATHEW W. PILE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3760
Fax: (206) 615-2531
mathew.w.pile@ssa.gov