UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINA BULL, | ) |
| | ) CASE NO. C10-2009-JLR |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| MICHAEL ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff brought this action to seek judicial review of the denial of his application for Disability Insurance Benefits and Supplemental Security Income by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 18.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) re-assess and explain the weight given to all of the medical opinions of record; (2) re-assess plaintiff's credibility and residual functional capacity, and ensure that the "B" criteria findings are consistent with the

REPORT AND RECOMMENDATION
PAGE -1

residual functional capacity; (3) re-assess the lay statement of plaintiff's husband, John Bull; and (4) re-assess plaintiff's ability to perform her past relevant work as a school bus driver, taking into account the opinion of David E. Johnston, M.D., the evidence of alcoholism and its effects, and the alcohol testing required for this occupation.  When evaluating any alcohol use, the ALJ will follow the two-stage method.  *See* 20 C.F.R. § 404.1535 (2011).  The parties agree that plaintiff may submit additional evidence and arguments and that those other aspects of the ALJ's prior decision not specifically addressed here are not affirmed.   Also, upon proper application, the Court will consider plaintiff's application for attorney's fees and expenses pursuant to 28 U.S.C. § 2412(d).

Given the above, the Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings.  A proposed order accompanies this Report and Recommendation.

DATED this 20th day of May, 2011.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2